

**FILED**
**Jun 17, 2022**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSE EFREN BELTRAN,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:22-mj-00100-EPG<br><br>**UNDER SEAL**<br><br>ORDER SEALING COMPLAINT |

　　　The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceeding and having applied for the complaint and warrant to remain under seal in order to prevent the flight of the target of the investigation,

　　　IT IS ORDERED that the complaint, affidavit and arrest warrant filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: June 17, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE ERICA P. GROSJEAN
　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Order Sealing Complaint and Arrest Warrant　　　1