UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE EFREN BELTRAN,<br><br>　　　　　Defendant. | Case No. 1:22-cr-00194-DAD-BAM<br><br>ORDER |

The court released defendant Jose Efren Beltran from the Southern District of California on a $3,000 cash bond. (See Order, ECF No. 5, pgs. 9-10).  That court ordered Jose Efren Beltran to report to this court for further proceedings. (See Transfer Documents, ECF No. 5).  On July 19, 2022, this court received an amount identified as the $3,000 cash bond from Efren Dominguez Beltran.

The Clerk of Court is ordered to receive these funds into the Court's Registry for defendant Jose Efren Beltran.

IT IS SO ORDERED.

　　Dated:   **July 20, 2022**　　　　　　　　　／s／ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1