# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
Aug 12, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. ) Case No. 1:22-cr-00194-DAD-BAM-1
)
Jose Efren Beltran )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Jose Efren Beltran_____, have discussed with _____Anthony Perez_____, Pretrial Services Officer, modifications of my release conditions as follows:

Conditions 12(f) and 12(g) will be removed and replaced with:
1. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;
2. You must refrain from any use of alcohol;
3. You must participate in out-patient treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer; and,
4. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____   08-11-22       _____[signature]_____       8/8/2022
Signature of Defendant    Date          Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____[signature]_____ for                               8/12/2022
Signature of Assistant United States Attorney           Date
Laura Jean Berger

I have reviewed the conditions with my client and concur that this modification is appropriate.

/s/ Peter M. Jones                                      8/12/2022
Signature of Defense Counsel                            Date
Peter M. Jones

**ORDER OF THE COURT**

☑ The above modification of conditions of release is ordered, to be effective on **Aug 12, 2022**  .

☐ The above modification of conditions of release is *not* ordered.

*Erica P. Grosjean*                                                                                          **Aug 12, 2022**

Signature of Judicial Officer                                                                          Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services