PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00194-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JOSE BELTRAN, | DATE: April 26, 2023 |
| Defendant. | TIME: 2 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for status on April 26, 2023 at 2 p.m. before this Court.

2. By this stipulation, the parties now move to continue the conference until August 9, 2023, and to exclude time between April 26, 2023, and August 9, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Electronic discovery consisting of 276 MB of data including reports, recordings, photographs, and other extensive investigative documents has been provided to counsel for defendant.

///

      b)      The government will be sending a plea agreement to defense counsel in the next week.

      c)      Counsel for defendant needs additional time to review the forthcoming plea agreement, review discovery and conduct any investigation warranted.  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 26, 2023 to August 9, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 13, 2023                              PHILLIP A. TALBERT
                                                         United States Attorney

                                                         /s/ LAUREL J. MONTOYA
                                                         LAUREL J. MONTOYA
                                                         Assistant United States Attorney

Dated:  April 13, 2023                              /s/ PETER M. JONES
                                                         PETER M. JONES
                                                         Counsel for Defendant
                                                         JOSE BELTRAN

## **ORDER**

IT IS SO ORDERED that the status conference is continued from April 26, 2023, to **August 9, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **April 13, 2023**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE