PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00194-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JOSE BELTRAN, | DATE: August 9, 2023 |
| Defendant. | TIME: 1 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for status on August 9, 2023 at 1 p.m. before this Court.

2. By this stipulation, the parties now move to continue the conference until December 13, 2023, and to exclude time between August 9, 2023, and December 13, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Electronic discovery consisting of 276 MB of data including reports, recordings, photographs, and other extensive investigative documents has been provided to counsel for defendant.

///

   b) The government has received approval for the plea agreement and will be sending a plea agreement to defense counsel in order to continue plea negotiations.

   c) Counsel for defendant needs additional time to review the forthcoming plea agreement, review discovery and conduct any investigation warranted. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 9, 2023 to December 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

   4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

   IT IS SO STIPULATED.


Dated: August 2, 2023                          PHILLIP A. TALBERT
                                               United States Attorney


                                               /s/ LAUREL J. MONTOYA
                                               LAUREL J. MONTOYA
                                               Assistant United States Attorney


Dated: August 2, 2023                          /s/ PETER M. JONES
                                               PETER M. JONES
                                               Counsel for Defendant
                                               JOSE BELTRAN

**ORDER**

    IT IS SO ORDERED that the status conference is continued from August 9, 2023, to **December 13, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

    IT IS SO ORDERED.

Dated:   **August 3, 2023**                              /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE