**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones #105811

Attorneys for: Defendant Jose Beltran

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE BELTRAN<br><br>Defendant. | Case No. 1:22-CR-00194-ADA-BAM<br><br>**STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; DECLARATION OF PETER M. JONES; AND ORDER DENYING REQUEST WITHOUT PREJUDICE** |

Defendant JOSE BELTRAN, by and through counsel, Peter M. Jones, and Plaintiff UNITED STATES OF AMERICA, by and through counsel, Laurel Montoya, hereby stipulate as follows:

That the conditions of Pretrial Release regarding Defendants' requirement to wear an ankle monitor and obey a curfew be removed, all other conditions of release, not in conflict shall remain in full force and effect.

///
///
///
///

1  ///
2  ///

### DECLARATION OF PETER M. JONES

I, Peter M. Jones, declare as follows:

1. I am an attorney admitted to practice before this court, and am counsel of record for Jose Beltran, Defendant in the above-entitled action.

2. Mr. Beltran contacted me and asked if the conditions of wearing an ankle monitor and curfew could be removed for reasons related to his work and family.

3. Mr. Beltran currently resides in Southern California and is being supervised by pre-trial release in both the Central and Eastern Districts of California.

4. I have contacted Pretrial Release Officer, Frank Guerrero, and informed him of Mr. Beltran's request. Officer Guerrero informed me that since Mr. Beltran completed his commitment to West Care, in Fresno over three months ago, he has been in full compliance with the terms and conditions of his release, including substance abuse testing and treatment. He also confirmed this with his Pre Trial Officers in the Central District. He authorized me to represent that neither he, nor they, have any opposition to the removal of the conditions requiring Mr. Beltran wear an ankle monitor and obey a curfew.

5. I have contacted AUSA Laurel Montoya, and she has agreed to stipulate to the modifications Mr. Beltran has requested.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed in Fresno, California, on August 4, 2023.

*/s/ Peter M. Jones*
Peter M. Jones

///
///
///
///
///

1  ///

2  ///

Respectfully submitted,

DATED:  AUGUST 4, 2023          WANGER JONES HELSLEY PC


By:  */s/ Peter M. Jones*
       Peter M. Jones, Attorney for Defendant
       JOSE BELTRAN


DATED:  AUGUST 4, 2023          BENJAMIN B. WAGNER, U.S. Attorney
                                UNITED STATES ATTORNEY'S OFFICE


By:  /s/ *Laurel Montoya*
       Laurel Montoya
       Assistant U.S. Attorney


## **ORDER**

Having reviewed the above Stipulation, the Court DENIES the request, without prejudice to renewal of the application in three months.  The time span of compliance is not sufficient to warrant the removal of the condition at this time.

IT IS SO ORDERED.

Dated:   **August 7, 2023**              /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE