PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE BELTRAN,<br><br>Defendant. | CASE NO. 1:22-CR-00194-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: December 13, 2023<br>TIME: 1 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for status on December 13, 2023 at 1 p.m. before this Court.

2. By this stipulation, the parties now move to set the matter for change of plea before the Hon. Ana De Alba on January 8, 2024, and to exclude time between December 13, 2023, and January 8, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Electronic discovery consisting of 276 MB of data including reports, recordings, photographs, and other extensive investigative documents has been provided to counsel for defendant.

    b) The government has provided a plea agreement and counsel for defendant believes it will be signed by the defendant.  Time is needed to complete plea negotiations, filing documents with the Court, and any additional investigation that needs to be completed before the plea is entered.

    c) The date requested is the first available date and has been cleared with the Courtroom Deputy.

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 13, 2023 to January 8, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  November 15, 2023        PHILLIP A. TALBERT
                   United States Attorney

                   /s/ LAUREL J. MONTOYA
                   LAUREL J. MONTOYA
                   Assistant United States Attorney

Dated:  November 15, 2023        /s/ PETER M. JONES
                   PETER M. JONES
                   Counsel for Defendant
                   JOSE BELTRAN

# **ORDER**

IT IS SO ORDERED that the status conference set for December 13, 2023, is vacated. A change of plea hearing is set for **January 8, 2024, at 8:30 a.m. in Courtroom 5 before District Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **November 16, 2023**           /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE