# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE EFREN BELTRAN,<br><br>    Defendant. | Case No. 1:22-cr-00194-TWR-BAM<br><br>ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETY<br><br>**FOURTEEN DAY DEADLINE** |

    Defendant Jose Efren Beltran was ordered released from the Southern District of California with conditions, including a $3,000 cash bond. (ECF No. 5). On July 14, 2025, this Court ordered that the release conditions set in the transferring court remain in effect and that Defendant be released once conditions were met. (ECF No. 10.) On July 19, 2022, the Court received an amount identified as the $3,000 cash bond from Efren Dominguez Beltran (RECEIPT number #CAE100050952). (ECF No. 14.) On July 20, 2022, the Clerk of Court was ordered to receive these funds into the Court's Registry for Defendant. (Id.)

    On January 8, 2024, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement.[1] (ECF Nos. 44, 48.) On May 6, 2024, Defendant was sentenced to a

---

[1] At this time, Defendant was in custody pursuant to a detention order following a revocation of pretrial release. (ECF Nos. 37, 39.)

1

custodial term of 57 months.  (ECF No. 58.)  Defendant is currently serving his sentence.[2]

Given Defendant has reported to serve his sentence, the Court shall order the Government to show cause in writing withing **fourteen (14) days** of entry of this order why the $3,000 appearance bond should not be released to the surety.  If the Government does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court directing the Clerk of Court to return the bond to the address of the surety on file.

IT IS SO ORDERED.

Dated:   **July 8, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[2] See United States v. Basher, 629 F.3d 1161, 1165 & n.2 (9th Cir. 2011) (taking judicial notice of publicly available information from the Federal Bureau of Prisons Inmate Locator).

2