1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
10

EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,

12          Plaintiff,

13      v.

14  JOSE EFREN BELTRAN,

15          Defendant.

16

Case No.  1:22-cr-00194-TWR-BAM

ORDERING EXONERATING BOND AND
DIRECTING CLERK OF COURT TO
RECONVEY CASH BOND TO SURETY

17      Defendant Jose Efren Beltran was ordered released from the Southern District of

18  California with conditions, including a $3,000 cash bond.  (ECF No. 5).  On July 14, 2025, this

19  Court ordered that the release conditions set in the transferring court remain in effect and that

20  Defendant be released once conditions were met.  (ECF No. 10.)  On July 19, 2022, the Court

21  received an amount identified as the $3,000 cash bond from Efren Dominguez Beltran

22  (RECEIPT number #CAE100050952).  (ECF No. 14.)  On July 20, 2022, the Clerk of Court was

23  ordered to receive these funds into the Court's Registry for Defendant.  (Id.)

24      On January 8, 2024, Defendant entered a guilty plea to a charged offense pursuant to a

25  written plea agreement.  (ECF Nos. 44, 48.)  On May 6, 2024, Defendant was sentenced to a

26  custodial term of 57 months.  (ECF No. 58.)  Defendant is currently serving his sentence.  (See

27  ECF No. 60.)

28  / / /

1

1      On July 8, 2025, the Court ordered the Government to show cause in writing why the

2  bond should not be released to the surety.  (ECF No. 59.)  On July 10, 2025, the Government

3  filed a non-opposition to the return of the bond to the surety. (ECF No. 60.)

4      The Court finds that Defendant has complied with the conditions of his bond and that no

5  conditions remain to be satisfied.

6      Accordingly, IT IS ORDERED THAT the $3,000 cash bond posted by Efren Dominguez

7  Beltran on behalf of Jose Efren Beltran is exonerated. The Clerk of Court is DIRECTED to serve

8  a copy of this order on the surety and return the $3,000 cash bond to the address on record.

9

10  IT IS SO ORDERED.

11  Dated:   **July 10, 2025**

STANLEY A. BOONE
12                                                                 United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28